# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Albert, Theodor C. | 2. Court or Organization  U.S. Bankruptcy Court | 3. Date of Report  6/1/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

411 W. Fourth Street
Santa Ana, CA 92701-4593
Suite 5085

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Chapman University, Fowler School of Law | $12,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 2015 | Napa | annual conference | two nights lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 6/1/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card balance | J |
| 2. | Wells Fargo | credit card balance | J |
| 3. | Macy's credit | credit card balance | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 6/1/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Georgia Dover Educ. Trust #2 | A | Dividend | L | T | Distributed (part) | 02/02/15 | J | | |
| 2. -Washington Mutual Investors Fund | | | | | | | | | |
| 3. Bank of America checking | A | Interest | J | T | | | | | |
| 4. Griffin&Griffin 401k | C | Interest | L | T | | | | | |
| 5. -The Growth Fund of America | | | | | | | | | |
| 6. -The New Economy Fund | | | | | | | | | |
| 7. -Small Cap World Fund | | | | | | | | | |
| 8. -Washington Mutual Investors Fund | | | | | | | | | |
| 9. -The Income Fund of America | | | | | | | | | |
| 10. -The Bond Fund of America | | | | | | | | | |
| 11. -American High Income Trust | | | | | | | | | |
| 12. -U.S. Government Securities Fund | | | | | | | | | |
| 13. -Intermediate Bond Fund of America | | | | | | | | | |
| 14. -American Funds Money Market Fund | | | | | | | | | |
| 15. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 16. Simple IRA Wells Fargo Advisors | A | Interest | K | T | | | | | |
| 17. Wells Fargo Advisors #1 header | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 6/1/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Cash deposit | A | Interest | J | T | | | | | |
| 19. -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 20. -Darden Restaurants | A | Dividend | J | T | | | | | |
| 21. -Frontier Communications | A | Dividend | J | T | | | | | |
| 22. -General Electric Corp. | A | Dividend | J | T | | | | | |
| 23. -New York Community Bancorp. | A | Distribution | J | T | | | | | |
| 24. -Morgan Stanley Fix/Float CPA Note | A | Dividend | J | T | | | | | |
| 25. -Morgan Stanley Fix/Float | A | Interest | K | T | Buy (add'l) | 05/01/15 | K | | |
| 26. -U.S. Treasury Bond | A | Interest | J | T | | | | | |
| 27. -Aberdeen Asia Pacific Fund | B | Dividend | J | T | | | | | |
| 28. -Morgan Stanley Emerging Market Fund | A | | K | T | | 12/31/15 | J | | |
| 29. -Eaton Vance Tax Managed Global | A | Dividend | J | T | | | | | |
| 30. -Gabelli Dividend&Income Trust | A | Dividend | J | T | | | | | |
| 31. -Blackrock Enhanced Govt. Fund | A | Dividend | | | Sold | 03/20/15 | K | A | |
| 32. -Green Mountain Coffee | A | Dividend | J | T | | | | | |
| 33. -Frontier Communications | A | Dividend | J | T | | | | | |
| 34. Wells Fargo Advisors #2 header | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 6/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cash sweep account | A | Interest | J | T | | | | | |
| 36. -Two Harbors Invt. Corp. | A | Dividend | J | T | | | | | |
| 37. -LaSalle Bank Floating Rate | B | None | K | T | Redeemed (part) | 04/06/15 | K | A | |
| 38. Wells Fargo Advisors #3 IRA header | | | | | | | | | |
| 39. -La Salle Bank floating Rate | A | Interest | K | T | Sold (part) | 01/16/15 | K | A | |
| 40. -Aust. Currency Shres DL ETF | A | None | J | T | | | | | |
| 41. -SPDR DB Intl. Govt. | A | None | J | T | | | | | |
| 42. -Xerox Corp. | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 43. -C. SPLS 032015. | A | None | J | T | | | | | |
| 44. -C SPLS 032015 | A | None | J | T | | | | | |
| 45. -Staples Inc. | A | Dividend | K | T | Buy | 12/08/15 | J | | |
| 46. -Staples Inc. | A | Dividend | J | T | Sold (part) | 03/25/15 | J | A | |
| 47. -Apple | A | Dividend | K | T | | | | | |
| 48. -Hecla Mining | A | Dividend | J | T | | | | | |
| 49. -AT&T | A | Dividend | J | T | | | | | |
| 50. -Guggenheim Build Am. | A | Dividend | K | T | | | | | |
| 51. -Pfizer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 6/1/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pfizer | A | Dividend | J | T | | | | | |
| 53. -Amgen. Inc. | A | Dividend | J | T | | | | | |
| 54. -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 55. -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 56. -Starz Series A | A | Dividend | J | T | Sold (part) | 08/24/15 | J | A | |
| 57. -Guggenheim Build Am. | A | Dividend | J | T | | | | | |
| 58. Starz call | A | None | J | T | Buy | 08/24/15 | J | | |
| 59. Starz call | A | None | | | Sold | 07/21/15 | J | A | |
| 60. Deere&Co. | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 61. Nuveen S&P 500 Buy-Write | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 62. Nuveen S&P 500 | A | Dividend | J | T | Buy (add'l) | 05/29/15 | J | | |
| 63. Firstenergy Corp. | A | None | J | T | Buy | 03/17/15 | J | | |
| 64. Google CL C Non-voting | A | None | J | T | Buy | 03/17/15 | J | | |
| 65. Hertz Global Holdings | A | None | J | T | Buy | 07/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 6/1/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont. Items #1 Georgia Dover Educational trsuts are invested in Washington Mutual Investor's Fund adminstered by Learning Quest.

Item # 6: Griffin and Griffin 401k maintained by _____'s former employer invested in American Funds: The Growth Fund of America-R3, The New Economy Fund r-3, Smallcap World Fund R3, The Income Fund of America R3, American High Income Trust R-3, U.S. Securities Fund R-3, Intermediate Bond Fund of America R-3 and American Funds Money Market Fund R3.

Item # 15: This account is the operating account for _____'s lawfirm Gaskell&Brown. Balance fluctuates daily.

Item #28: This event is described by Wells Fargo Advisors, who manages the account, as a "return of capital" not a dividend

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544